# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-15096-AMC

CYNTHIA N RAMOS

4620 NAPLES STREET

PHILADELPHIA, PA 19124

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    CYNTHIA N RAMOS

    4620 NAPLES STREET

    PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

                                          /S/ William C. Miller

Date: 11/13/2018                           _____

                                               William C. Miller, Esquire
                                               Chapter 13 Standing Trustee